**FILED**
**CLERK, U.S. DISTRICT COURT**

10/03/2016

**CENTRAL DISTRICT OF CALIFORNIA**
BY: DG DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRYSTAL CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>INFINITY INSURANCE COMPANY and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendant. | Case No. 2:16-CV-06631 GHK (PLAx)<br><br>The Honorable George H. King<br><br>**[PROPOSED] ORDER RE STIPULATION REGARDING AMOUNT IN CONTROVERSY AND REMAND TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>[Complaint Filed: July 28, 2016] |

## ORDER

Based on the stipulation of Plaintiff Crystal Contreras and Defendant Infinity Insurance Company, the case is hereby remanded back to Los Angeles Superior Court.

**IT IS SO ORDERED.**

DATED: 10/3/16 _____    _____
                                         The Honorable George H. King
                                         United States District Court Judge

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On September 30, 2016, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE STIPULATION REGARDING AMOUNT IN CONTROVERSY AND REMAND TO LOS ANGELES COUNTY SUPERIOR COURT** on the interested parties in this action as follows:

**Alan Kessler, Esq.**
**ALAN KESSLER, A Law Corporation**
**15760 Ventura Boulevard, Suite 1600**
**Encino, CA 91436-3012**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 30, 2016, at Los Angeles, California.

Gino M. Pasquale

SMRH:479089814.1

-1-